**Order entered September 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00420-CR

### DANNY RAY TEMPLETON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F12-70535-I

## ORDER

The Court has before it appellant's motion for extension of time to file a motion for rehearing. The opinion in this case was issued on July 29, 2014, making appellant's motion for rehearing due by August 28, 2014. *See* TEX. R. APP. P. 49.5. Appellant's motion was postmarked on August 28, 2014. Thus, it was timely filed. *See* TEX. R. APP. P. 9.2(b)(2)(A). We **GRANT** appellant's motion for extension of time to file a motion for rehearing.

We **ORDER** appellant to file his motion for rehearing **on or before October 6, 2014**.

We **ORDER** the Clerk of the Court to send a copy of this order to Danny Ray Templeton, TDCJ No. 1917256, Tulia Transfer Facility, 4000 Highway 86 West, Tulia, Texas. 79088.

/s/     DAVID LEWIS
         JUSTICE